IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAMPAINE ECHOLS** | **:** | |
| *Individually and on behalf of* | **:** | |
| *All Other Similarly Situated Consumers* | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 19-4125** |
| | **:** | |
| **PREMIERE CREDIT OF NORTH** | **:** | |
| **AMERICA, LLC** | **:** | |

## ORDER

This 8th day of February, 2021, it is hereby **ORDERED** that Defendant's Motion for

Summary Judgment, ECF 26, is **GRANTED**, and Plaintiff's Motion for Summary Judgment,

ECF 25, is **DENIED**.   This matter shall be closed for statistical purpose**.**

 /s/ Gerald Austin McHugh
United States District Judge